FILED

07/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0116

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0116

_____

PF2 LEASING, LLC,

      Intervenor and Appellant,

vs.

JIM GALIPEAU,

      Receiver and Appellee.

O R D E R

_____

Upon consideration of Intervenor and Appellant's motion for extension of time, and good cause therefore,

IT IS HEREBY ORDERED that Appellant's reply brief shall be filed on or before August 17, 2021.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 23 2021